# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| VALLEY HEALTH SYSTEM, LLC, A NEVADA LIMITED LIABILITY CORPORATION, D/B/A CENTENNIAL HILLS HOSPITAL MEDICAL CENTER, Appellant, vs. DWAYNE ANTHONY MURRAY, INDIVIDUALLY, AND AS AN HEIR, GUARDIAN, AND NATURAL PARENT OF BROOKLYN LYSANDRA MURRAY, AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF LAQUINTA ROSETTE WHITLEY-MURRAY Respondent. | No. 79658 <br><br> **FILED** <br><br> DEC 2 2 2020 <br> ELIZABETH A. BROWN <br> CLERK OF SUPREME COURT <br> BY S. Young <br> DEPUTY CLERK |
| VALLEY HEALTH SYSTEM, LLC, A NEVADA LIMITED LIABILITY CORPORATION, D/B/A CENTENNIAL HILLS HOSPITAL MEDICAL CENTER, Appellant, vs. DWAYNE ANTHONY MURRAY, INDIVIDUALLY, AS AN HEIR, AS GUARDIAN AND NATURAL PARENT OF BROOKLYN LYSANDRA MURRAY, AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF LAQUINTA ROSETTE WHITLEY-MURRAY, DECEASED, Respondent. | No. 80113 |
| VALLEY HEALTH SYSTEM, LLC, A NEVADA LIMITED LIABILITY CORPORATION, D/B/A CENTENNIAL HILLS HOSPITAL MEDICAL CENTER, Appellant, vs. DWAYNE ANTHONY MURRAY, INDIVIDUALLY, AS AN HEIR, AS GUARDIAN AND NATURAL PARENT | No. 80968 |

OF BROOKLYN LYSANDRA MURRAY,
AND AS SPECIAL ADMINISTRATOR
OF THE ESTATE OF LAQUINTA
ROSETTE WHITLEY-MURRAY,
DECEASED,

          Respondent.

## ORDER DISMISSING APPEAL

The parties have filed a stipulation to dismiss the appeal in Docket No. 79658. The stipulation is approved and the appeal in Docket No. 79658 is dismissed. Each party shall bear its own fees and costs. NRAP 42(b). The clerk shall modify the caption of the appeal in Docket No. 79658 consistent with the caption on this order. Appellant shall have 30 days from the date of this order to file and serve an appendix and a single opening brief raising all issues in these appeals. Thereafter, briefing shall proceed in accordance with NRAP 31(a)(1).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Jacqueline M. Bluth, District Judge
Chief Judge, The Eighth Judicial District Court
Hon. Joseph T. Bonaventure, Senior Judge
Stephen E. Haberfeld, Settlement Judge
Hall Prangle & Schoonveld, LLC/Las Vegas
Greenberg Traurig, LLP/Las Vegas
Greenberg Traurig, LLC/Austin
Lewis Roca Rothgerber Christie LLP/Las Vegas
The Gage Law Firm, PLLC
Eighth District Court Clerk